

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00578-CV

**IN THE INTEREST OF A.R.R.**, A.R., and A.R, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00486
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED December 12, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Renée Yanta is the judge of the 150th Judicial District Court, Bexar County Texas. However, the order that is the subject of this appeal was signed by the Honorable Charles E. Montemayor, Associate Judge.